[60 NE3d 419, 38 NYS3d 523]

In the Matter of THE 60 EAST 12TH STREET TENANTS' ASSOCIA-
TION et al., Appellants, v NEW YORK STATE DIVISION OF
HOUSING AND COMMUNITY RENEWAL et al., Respondents.
(And Another Proceeding.)

Decided September 15, 2016

**APPEARANCES OF COUNSEL**

*Collins, Dobkin & Miller LLP*, New York City (*Seth A. Miller* of counsel), for appellants.

*New York State Division of Housing and Community Renewal*, New York City (*Jack Kuttner* and *Mark F. Palomino* of counsel), for New York State Division of Housing and Community Renewal, respondent.

*Rosenberg & Estis, P.C.*, New York City (*Jeffrey Turkel* of counsel), for 12 Broadway Realty LLC, respondent.

*The Urban Justice Center*, New York City (*Garrett Wright* of counsel), for The Urban Justice Center, amicus curiae.

**OPINION OF THE COURT**

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, with costs, and certified question answered in the affirmative. The Appellate Division did not err in permitting respondent New York State Division of Housing and Community Renewal to address on remand the application of respondent 12 Broadway Realty LLC for a claimed major capital improvement rent increase based on resurfacing work consistent with the Appellate Division decision.

Concur: Chief Judge DiFiore and Judges Pigott, Rivera, Abdus-Salaam, Stein, Fahey and Garcia.